UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LOUIS SCHWARTZ, et al.

    Plaintiffs,

v.                                              Case No. 5:12-cv-177-Oc-34TBS

BOARD OF SUPERVISORS on behalf of the
VILLAGES COMMUNITY DEVELOPMENT
DISTRICTS, et al.,

    Defendants.
_____/

## ORDER

Pending before the Court is Paul Kim's Motion for Temporary Admission to Court Pending Approval of General Admission Application (Doc. 2) and Lisa Daniels's Motion for Temporary Admission to Court Pending Approval of General Admission Application. (Doc. 3).  Plaintiffs have retained Paul Kim and Lisa Daniels who are not currently members of the Bar of the United States District Court for the Middle District of Florida.  Mr. Kim and Ms. Daniels represent that they have taken steps to obtain general admission to the Middle District Bar: (1) they have filed applications for general admission; and (2) they intend to telephonically attend the attorney admissions ceremony on April 19, 2012 in Jacksonville, Florida.   Mr. Kim and Ms. Daniels request temporary admission until they are admitted to practice in this Court.

Upon due consideration, Paul Kim's Motion for Temporary Admission to Court Pending Approval of General Admission Application (Doc. 2) and Lisa Daniels's Motion for Temporary Admission to Court Pending Approval of General Admission Application (Doc. 3) are  GRANTED.   Pursuant to Local Rule 2.02(d), Paul Kim and Lisa Daniels

are granted temporary admission to the Bar of the Middle District of Florida to represent Plaintiffs in this action for thirty (30) days or until counsel have obtained general admission to the Bar of this Court whichever is earlier. Failure to obtain general admission to the Bar of this Court within thirty days will result in the Court terminating Paul Kim and Lisa Daniels as counsel of record for Plaintiffs.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on April 9, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel